IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARION STARKS,

             Petitioner,

  v.

S.F. SUPERIOR COURT, et al.,

             Respondents.

                                  /

No. CV-10-0820 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: April 26, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk